UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER SINGH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | No.  1:23-cv-00707-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On August 2, 2023, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 10.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 4, 2023**            /s/ *Sheila K. Oberto*            
                                                             UNITED STATES MAGISTRATE JUDGE